UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:19-MJ-1092-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEPHANIE LYNN BUFFKIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Government's motion to dismiss the criminal

information. [DE-16]. The motion is ALLOWED, and this matter is dismissed.

SO ORDERED, this the 27th day of December 2019.

Robert B. Jones, Jr.,
United States Magistrate Judge